UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIMMY LIPTON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:23-CV-2372-X |
| § | |
| OZARK MOTOR LINES INC et al., § | |
| § | |
| *Defendants.* § | |

### **MEMORANDUM OPINION AND ORDER**

This is case is about a car accident.  Plaintiff Jimmy Lipton sued in state court, and Defendants Ozark Motor Lines, Inc. and Taiwan Williams removed the case.[1] Within a week of removing the case, Defendants filed a motion to dismiss.[2] Plaintiff filed a response to the motion to dismiss (albeit a week late) that included a motion for leave to amend his complaint.[3]  Defendants never filed a response to Plaintiff's motion for leave to amend his complaint nor a reply to their motion to dismiss.  As the Court must "freely give leave when justice so requires,"[4] and Defendants never responded, the Court **GRANTS** Plaintiff's motion for leave to amend his complaint (Doc. 6) and **FINDS AS MOOT** Defendants' motion dismiss (Doc. 5).

**IT IS SO ORDERED** this 4th day of June, 2024.

---

[1] Doc. 1.

[2] Doc. 5.

[3] Doc. 6.

[4] Fed. R. Civ. P. 15(a)(2).

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE